| | |
|---|---|
| 1 | BRYAN WILSON (BAR NO. 138842) |
| | Email: BWilson@mofo.com |
| 2 | MARC J. PERNICK (BAR NO. 160591) |
| | Email: MPernick@mofo.com |
| 3 | LAURA MASON (BAR NO. 252251) |
| | Email: LMason@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 755 Page Mill Road |
| 5 | Palo Alto, California 94304-1018 |
| | Telephone: (650) 813-5600 |
| 6 | Facsimile: (650) 494-0792 |
| 7 | Attorneys for Defendants |
| | KONICA-MINOLTA SYSTEMS LABORATORY, INC., |
| 8 | AND PAUL CATTRONE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALTAVION, INC., a California corporation, | | Case No.   CV 07 6358 MHP |
| Plaintiff, | | **CERTIFICATE OF SERVICE** |
| v. | | |
| KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, AN INDIVIDUAL; and DOES 1 through 50, inclusive, | | |
| Defendants. | | |

CERTIFICATE OF SERVICE
Case No. CV 07 6358 MHP
pa-1215842

# CERTIFICATE OF SERVICE

I declare that I am employed with the law firm of Morrison & Foerster LLP, whose address is 755 Page Mill Road, Palo Alto, California 94304-1018. I am not a party to the within cause, and I am over the age of eighteen years.

I further declare that on December 18, 2007, I served a copy of:

**DEFENDANTS' NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b);**

**CIVIL COVER SHEET;**

**U.S. DISTRICT COURT, SAN FRANCISCO, GUIDELINES;**

**U.S. DISTRICT COURT NORTHERN CALIFONRIA ECF REGISTRATION INFORMATION HANDOUT;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (WITH ATTACHED ORDER SETTING CONFERENCE SIGNED BY JUDGE MARILYN HALL PATEL;**

**STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA -- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT; AND**

**STANDING ORDERS OF JUDGE MARILYN HALL PATEL**

[x] **BY FACSIMILE [Code Civ. Proc sec. 1013(e)]** by sending a true copy from Morrison & Foerster LLP's facsimile transmission telephone number (650) 494-0792 to the fax number(s) set forth below, or as stated on the attached service list. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine.

I am readily familiar with Morrison & Foerster LLP's practice for sending facsimile transmissions, and know that in the ordinary course of Morrison & Foerster LLP's business practice the document(s) described above will be transmitted by facsimile on the same date that it (they) is (are) placed at Morrison & Foerster LLP for transmission.

Glenn W. Peterson, Esq.
MILLSTONE, PETERSON & WATTS, LLP
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Phone: (916) 780-8222
Fax: (916) 780-8775

CERTIFICATE OF SERVICE
Case No. CV 07 6358
pa-1215842

1

1  John P. Costello, Esq.
   Pamela W. Bertani, Esq.
2  COSTELLO LAW CORPORATION
   331 J Street, Suite 200
3  Sacramento, CA 95814
   Phone: (916) 441-2234
4  Fax: (916) 441-4254

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 18, 2007 at Palo Alto, California

/s/ Sharon Bennett
Sharon Bennett

I, MARC J. PERNICK, am the ECF User whose ID and password arae being used to file this CERTIFICATE OF SERVICE. In compliance with General Order 45, X.B., I hereby attest that Sharon Bennett has concurred on this filing.

Dated: August 1, 2007                MORRISON & FOERSTER LLP

                                     By: /s/ Marc J. Pernick
                                         Marc J. Pernick

CERTIFICATE OF SERVICE
Case No. CV 07 6358
pa-1215842

2