GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone:916.780.8222
Fax:    916.780.8775

JOHN P. COSTELLO, ESQ. (SBN 161511)
PAMELA W. BERTANI, ESQ. (SBN 182672)
**COSTELLO LAW CORPORATION**
331 J Street, Suite 200
Sacramento, CA 95814
Phone: 916.441.2234
Fax :   916.441.4254

Attorneys for Plaintiff
ALTAVION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAVION, INC. a California corporation, | Case No. CV 07 6358 MHP |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND** |
| v. | |
| KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive, | Date:   February 25, 2008<br>Time:  2:00 p.m.<br>Ctrm.: 15 |
| Defendants. | [No Trial Date Set] |

**TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that on February 25, 2008 at 2:00 p.m., or as soon thereafter as the matter may be heard by the Honorable Marilyn Hall Patel in courtroom 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff Altavion, Inc. ("Plaintiff") will move this Court pursuant to 28 U.S.C. section 1441(a) to remand to state court.

/ / /

1   Plaintiff's motion is made on the grounds that (1) The complaint does not raise a stated
2  federal question or legal issue, (2) determination of a federal issue is not necessary to resolution of
3  the claim, (3) the federal issue, if any, is not substantial.
4   This motion is based on this Notice of Motion, the concurrently filed Memorandum of Points
5  and Authorities in Support of Plaintiff's Motion to Remand, and all pleadings, records and papers on
6  file in this action, and upon such oral and documentary evidence that may be presented at the time of
7  hearing on this motion.

9  DATED: January 9, 2008.                    **MILLSTONE PETERSON & WATTS, LLP**
                                              *ATTORNEYS AT LAW*

11                                            By:          /s/ Glenn W. Peterson
12                                                   GLENN W. PETERSON

13                                            Attorneys for Plaintiff,
                                              ALTAVION, INC.

16   I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO REMAND