GLENN W. PETERSON, ESQ. (SBN 126173)
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
2267 Lava Ridge Court, Suite 210
Roseville, CA  95661
Phone: 916.780.8222
Fax:    916.780.8775

JOHN P. COSTELLO, ESQ. (SBN 161511)
PAMELA W. BERTANI, ESQ. (SBN 182672)
**COSTELLO LAW CORPORATION**
331 J Street, Suite 200
Sacramento, CA 95814
Phone: 916.441.2234
Fax :   916.441.4254

Attorneys for Plaintiff
ALTAVION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAVION, INC. a California corporation, | Case No. CV 07 6358 MHP |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive, | Date:  February 25, 2008<br>Time:  2:00 p.m.<br>Ctrm.:  15 |
| Defendants. | [No Trial Date Set] |

Plaintiff's above captioned motion came on for hearing on February 25, 2008 at 2:00 p.m. in Courtroom 15 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California. Plaintiff seeks an order of remand, arguing that the complaint does not raise a federal question or, if it does, it is not substantial.

/ / /

1  Based on the evidence and arguments presented, the Court finds that the removing party has
2  failed to meet its burden at law to establish federal jurisdiction and orders as follows:
3  The complaint does not raise a stated federal question or legal issue, and determination of a
4  federal issue is not necessary to resolution of the claims alleged in the complaint. This case shall be
5  remanded to state court forthwith, and plaintiff shall recover its costs and attorneys fees incurred as a
6  result of the removal pursuant to 28 U.S.C. § 1447(c) in the amount of  $_____.
7  **SO ORDERED:**
8
    Dated:_____
9
10                                    _____
                                      HONORABLE MARILYN HALL PATEL
11                                    United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND