1  BRYAN WILSON (BAR NO. 138842)
   Email: BWilson@mofo.com
2  MARC J. PERNICK (BAR NO. 160591)
   Email: MPernick@mofo.com
3  LAURA R. MASON (BAR NO. 252251)
   Email: LMason@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
6  Facsimile: (650) 494-0792

7  Attorneys for Defendants
   KONICA-MINOLTA SYSTEMS LABORATORY, INC.,
8  AND PAUL CATTRONE

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTAVION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  CV 07 6358 MHP<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>Before:   Hon. Marilyn Hall Patel<br>Location: Courtroom 15, 18th Floor |

Subject to the Court's approval and pursuant to L.R. 6-1, Plaintiff Altavion, Inc. and Defendants Konica Minolta Systems Laboratory, Inc. and Paul Cattrone, by and through their respective attorneys, hereby stipulate that:

Defendants' time to file an initial response to the Complaint should be continued until January 22, 2008.

STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. CV 07 6358 MHP
pa-1219592

| | | |
|---|---|---|
| 1 | DATED: January 11, 2008 | Glenn W. Peterson |
| | | MILLSTONE, PETERSON & WATTS, LLP |

DATED: January 11, 2008        Glenn W. Peterson
                               MILLSTONE, PETERSON & WATTS, LLP

                               John P. Costello, Esq.
                               Pamela W. Bertani, Esq.
                               COSTELLO LAW CORPORATION


                               By:  /s/ Glenn W. Peterson
                                    Glenn W. Peterson
                                    GPeterson@mpwlaw.net

                               Attorneys for Plaintiff
                               ALTAVION, INC.

DATED: January 11, 2008        Bryan Wilson
                               Marc J. Pernick
                               Laura R. Mason
                               MORRISON & FOERSTER LLP


                               By:  /s/ Marc J. Pernick
                                    Marc J. Pernick
                                    MPernick@mofo.com

                               Attorneys for Defendants
                               KONICA-MINOLTA SYSTEMS
                               LABORATORY, INC. and PAUL CATTRONE

I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file this STIPULATION AND ORDER ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Glenn W. Peterson has concurred on this filing.

Dated: January 11, 2008                MORRISON & FOERSTER LLP


                                       By:  /s/ Marc J. Pernick
                                            Marc J. Pernick


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____        _____
                                       HONORABLE MARILYN HALL PATEL
                                       United States District Court Judge