1  BRYAN WILSON (BAR NO. 138842)
   Email: BWilson@mofo.com
2  MARC J. PERNICK (BAR NO. 160591)
   Email: MPernick@mofo.com
3  LAURA R. MASON (BAR NO. 252251)
   Email: LMason@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
6  Facsimile: (650) 494-0792

7  Attorneys for Defendants
   KONICA-MINOLTA SYSTEMS LABORATORY, INC.,
8  AND PAUL CATTRONE

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 | ALTAVION, INC., a California corporation, | Case No. CV 07 6358 MHP
14 | Plaintiff, | **JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**
15 | v. |
16 | KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive, |
17 | | Before: Hon. Marilyn Hall Patel
18 | Defendants. | Location: Courtroom 15, 18th Floor

JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. CV 07 6358 MHP
pa-1220656

1  Plaintiff Altavion, Inc. and Defendants Konica Minolta Systems Laboratory, Inc. and Paul
2  Cattrone, by and through their respective attorneys, HEREBY STIPULATE that:
3  WHEREAS the parties have previously stipulated that Defendants' initial response to the
4  Plaintiff's Complaint is due on January 22, 2008;
5  WHEREAS Defendants have prepared and wish to file a Rule 12(b)(6) Motion to Dismiss
6  as their initial response to the Complaint (which, pursuant to the Court's Standing Order, requires
7  that Defendants seek leave of court);
8  WHEREAS Plaintiff filed a Motion to Remand this case to state court on January 9, 2008,
9  with a hearing date of February 25, 2008; and
10  WHEREAS the parties have agreed that it will be most efficient for Defendants to wait for
11  the Court to decide Plaintiff's Motion to Remand before filing a Motion to Dismiss or otherwise
12  responding to Plaintiff's Complaint:
13  THE PARTIES NOW HEREBY AGREE that:
14  1.  Defendants' time to file an initial response to the Complaint is continued until ten
15  (10) days after the Court rules on Plaintiff's Motion to Remand.
16  2.  The parties do not by this Stipulation intend to change any other dates already set
17  on the case calendar.

19  DATED: January 17, 2008          Glenn W. Peterson
                                     MILLSTONE, PETERSON & WATTS, LLP

                                     John P. Costello, Esq.
                                     Pamela W. Bertani, Esq.
                                     COSTELLO LAW CORPORATION


                                     By:  /s/ Glenn W. Peterson
                                          Glenn W. Peterson
                                          GPeterson@mpwlaw.net

                                     Attorneys for Plaintiff
                                     ALTAVION, INC.

JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT          1
CASE NO. CV 07 6358 MHP
pa-1220656

1  DATED: January 17, 2008
2  
3  
Bryan Wilson
Marc J. Pernick
Laura R. Mason
MORRISON & FOERSTER LLP

By:  /s/ Marc J. Pernick
    Marc J. Pernick
    MPernick@mofo.com

Attorneys for Defendants
KONICA-MINOLTA SYSTEMS
LABORATORY, INC. and PAUL CATTRONE

I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file this JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT. In compliance with General Order 45, X.B., I hereby attest that Glenn W. Peterson has concurred on this filing.

DATED: January 17, 2008    MORRISON & FOERSTER LLP

By:  /s/ Marc J. Pernick
    Marc J. Pernick