1  BRYAN WILSON (BAR NO. 138842)
   Email: BWilson@mofo.com
2  MARC J. PERNICK (BAR NO. 160591)
   Email: MPernick@mofo.com
3  LAURA R. MASON (BAR NO. 252251)
   Email: LMason@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California  94304-1018
   Telephone:  (650) 813-5600
6  Facsimile:  (650) 494-0792

7  Attorneys for Defendants
   KONICA-MINOLTA SYSTEMS LABORATORY, INC.,
8  AND PAUL CATTRONE

9                  UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

13  ALTAVION, INC., a California corporation,        Case No.    CV 07 6358  MHP

14              Plaintiff,                           **JOINT STIPULATION
                                                     ENLARGING TIME FOR
15        v.                                         DEFENDANTS TO RESPOND TO
                                                     COMPLAINT**
16  KONICA-MINOLTA SYSTEMS
    LABORATORY, INC., a corporation; PAUL
17  CATTRONE, an individual; and DOES 1 through
    50, inclusive,                                   Before:      Hon. Marilyn Hall Patel
18                                                   Location:    Courtroom 15, 18th Floor
              Defendants.
19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. CV 07 6358 MHP
pa-1220656

1    Plaintiff Altavion, Inc. and Defendants Konica Minolta Systems Laboratory, Inc. and Paul

2    Cattrone, by and through their respective attorneys, HEREBY STIPULATE that:

3    WHEREAS the parties have previously stipulated that Defendants' initial response to the

4    Plaintiff's Complaint is due on January 22, 2008;

5    WHEREAS Defendants have prepared and wish to file a Rule 12(b)(6) Motion to Dismiss

6    as their initial response to the Complaint (which, pursuant to the Court's Standing Order, requires

7    that Defendants seek leave of court);

8    WHEREAS Plaintiff filed a Motion to Remand this case to state court on January 9, 2008,

9    with a hearing date of February 25, 2008; and

10    WHEREAS the parties have agreed that it will be most efficient for Defendants to wait for

11    the Court to decide Plaintiff's Motion to Remand before filing a Motion to Dismiss or otherwise

12    responding to Plaintiff's Complaint:

13    THE PARTIES NOW HEREBY AGREE that:

14    1.    Defendants' time to file an initial response to the Complaint is continued until ten

15    (10) days after the Court rules on Plaintiff's Motion to Remand.

16    2.    The parties do not by this Stipulation intend to change any other dates already set

17    on the case calendar.

18

19    DATED: January 17, 2008          Glenn W. Peterson
                                       MILLSTONE, PETERSON & WATTS, LLP
20

21                                     John P. Costello, Esq.
                                       Pamela W. Bertani, Esq.
22                                     COSTELLO LAW CORPORATION

23

24                                     By:  /s/ Glenn W. Peterson
                                            Glenn W. Peterson
25                                          GPeterson@mpwlaw.net

26                                          Attorneys for Plaintiff
                                            ALTAVION, INC.
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: January 17, 2008          Bryan Wilson
                                 Marc J. Pernick
                                 Laura R. Mason
                                 MORRISON & FOERSTER LLP


                             By:  /s/ Marc J. Pernick
                                  Marc J. Pernick
                                  MPernick@mofo.com

                                  Attorneys for Defendants
                                  KONICA-MINOLTA SYSTEMS
                                  LABORATORY, INC. and PAUL CATTRONE


     I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file

this JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO

COMPLAINT.  In compliance with General Order 45, X.B., I hereby attest that Glenn W.

Peterson has concurred on this filing.

DATED: January 17, 2008          MORRISON & FOERSTER LLP


                             By:  /s/ Marc J. Pernick
                                  Marc J. Pernick

                    1/18/2008

**IT IS SO ORDERED**

*Judge Marilyn H. Patel*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION ENLARGING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT
CASE NO. CV 07 6358 MHP
pa-1220656

2