BRYAN WILSON (BAR NO. 138842)
Email: BWilson@mofo.com
MARC J. PERNICK (BAR NO. 160591)
Email: MPernick@mofo.com
LAURA MASON (BAR NO. 252251)
Email: LMason@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Defendants
KONICA-MINOLTA SYSTEMS LABORATORY, INC.,
AND PAUL CATTRONE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAVION, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No. CV 07-06358 MHP<br><br>**DEFENDANTS' RULE 7-11 MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUR-REPLY BRIEF IN OPPOSITION TO MOTION TO REMAND**<br><br>Date: February 25, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Hon. Marilyn Hall Patel<br><br>[No Trial Date Set] |

1   Pursuant to Civil Local Rule 7-11, Defendants Konica Minolta Systems Laboratory, Inc.
2   and Paul Cattrone seek leave to file the six-page sur-reply brief attached hereto as Exhibit 1.  The
3   sur-reply is in further opposition to Plaintiff Altavion, Inc.'s motion to remand.

4   Defendants are mindful of the fact that sur-reply briefs are ordinarily disfavored.  But
5   Altavion's reply brief in support of its motion contains new arguments that – although available
6   to Altavion at the time of its original motion – Defendants have had no chance to address.  For
7   example, for the first time, Altavion's reply contends that the injunctive relief Altavion seeks in
8   its complaint is a remedy that a state court can grant on Altavion's cause of action for trade secret
9   misappropriation.  (Docket No. 12 (Reply at 6-8).)  Similarly, Altavion's reply also argues for the
10  first time that a state court can grant Altavion such relief as a remedy on its breach of contract
11  claim.  (*Id*. at 8.)  Altavion's reply also relies heavily on a 2001 decision from this Court that it
12  never mentioned in its opening brief.  (*Id*. at 5, 8-9.)  These arguments and authorities are all
13  designed to show that the relief sought in Altavion's complaint does not raise a federal question,
14  and that this case should be remanded to state court in San Mateo.

15  In order for Defendants to address these new arguments prior to the hearing on this
16  motion – and in order to afford the Court an opportunity to hear both sides' points on these
17  issues – Defendants respectfully request leave to submit the attached short sur-reply brief.  Courts
18  allow sur-replies in precisely these circumstances.  *See Crump v. City & County of San*
19  *Francisco*, 2007 U.S. Dist. LEXIS 58768 at *5 (N.D. Cal. August 1, 2007) (allowing sur-reply
20  where defendant raised new arguments in its reply brief); *Renesas Tech. Corp. v. Nanya Tech.*
21  *Corp.*, 2005 U.S. Dist. LEXIS 44137 at *9 n.7 (N.D. Cal. August 26, 2005); *Pfohl v. Farmers Ins.*
22  *Group*, 2004 U.S. Dist. LEXIS 6447 at *4 n.1 (C.D. Cal. March 1, 2004) (defendant permitted to
23  file surreply where plaintiff submitted new evidence and raised new argument in reply);
24  *Hammet v. Am. Bankers Ins. Co.*, 203 F.R.D. 690, 695 n. 1 (S.D. Fla. 2001) ("Because Plaintiff
25  presented new arguments and a new theory for certification in her Reply the Court will grant
26  Defendants' Motion for Leave to File a Sur-Reply. . . .").

27  Defendants sought Altavion's stipulation on this request for administrative relief, but
28  Altavion would not so stipulate.

DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO REMAND     1
CASE NO. CV 07-06358 MHP
pa-1234878

1  Dated: February 15, 2008            BRYAN WILSON
                                       MARC J. PERNICK
2                                      LAURA MASON
                                       MORRISON & FOERSTER LLP
3

4
                                       By:  /s/ Marc J. Pernick
5                                          Marc J. Pernick
                                           Email: MPernick@mofo.com
6
                                           Attorneys for Defendants
7                                          KONICA-MINOLTA SYSTEMS
                                           LABORATORY, INC., AND PAUL
8                                          CATTRONE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO REMAND
CASE NO. CV 07-06358 MHP
pa-1234878

2