1  BRYAN WILSON (BAR NO. 138842)
   Email: BWilson@mofo.com
2  MARC J. PERNICK (BAR NO. 160591)
   Email: MPernick@mofo.com
3  LAURA MASON (BAR NO. 252251)
   Email: LMason@mofo.com
4  MORRISON & FOERSTER LLP
   755 Page Mill Road
5  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
6  Facsimile: (650) 494-0792

7  Attorneys for Defendants
   KONICA-MINOLTA SYSTEMS LABORATORY, INC.,
8  AND PAUL CATTRONE

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  ALTAVION, INC., a California corporation, | Case No. CV 07-06358 MHP |
| 13              Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 7-11 MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUR-REPLY BRIEF IN OPPOSITION TO MOTION TO REMAND** |
| 14       v. | |
| 15  KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive, | |
| 17              Defendants. | Date: February 25, 2008<br>Time: 2:00 p.m.<br>Ctrm: 15<br>Hon. Marilyn Hall Patel |
| | [No Trial Date Set] |

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY
CASE NO. CV 07-06358 MHP
pa-1234923

1  Having considered Defendants' Motion for Administrative Relief to File Sur-reply Brief
2  In Opposition to Plaintiffs' Motion to Remand, and good cause appearing, the Court hereby
3  GRANTS Defendants' Motion. Defendants' sur-reply brief is accepted for filing.

5  IT IS SO ORDERED.

7  Dated: February __, 2008

        Honorable Marilyn Hall Patel
        United States District Court Judge

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SUR-REPLY  
CASE NO. CV 07-06358 MHP  
pa-1234923

1