1 | BRYAN WILSON (BAR NO. 138842)
Email: BWilson@mofo.com
2 | MARC J. PERNICK (BAR NO. 160591)
Email: MPernick@mofo.com
3 | LAURA MASON (BAR NO. 252251)
Email: LMason@mofo.com
4 | MORRISON & FOERSTER LLP
755 Page Mill Road
5 | Palo Alto, California 94304-1018
Telephone: (650) 813-5600
6 | Facsimile: (650) 494-0792

7 | Attorneys for Defendants
KONICA-MINOLTA SYSTEMS LABORATORY, INC.,
8 | AND PAUL CATTRONE

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 ALTAVION, INC., a California corporation, | Case No. CV 07-06358 MHP |
| 13         Plaintiff, | **DECLARATION OF MARC PERNICK IN SUPPORT OF DEFENDANTS' RULE 7-11 MOTION FOR ADMINISTRATIVE RELIEF TO FILE SUR-REPLY BRIEF IN OPPOSITION TO MOTION TO REMAND** |
| 14      v. | |
| 15 KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive, | |
| 16 | |
| 17         Defendants. | Date: February 25, 2008 |
| 18 | Time: 2:00 p.m. Ctrm: 15 |
| 19 | Hon. Marilyn Hall Patel |
| 20 | [No Trial Date Set] |

PERNICK DECL. ISO MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO REMAND
CASE NO. CV 07-06358 MHP
pa-1234942

1    I, Marc J. Pernick, hereby declare as follows:

2    1.   I am a member of the bar of the State of California, and I am admitted before this Court. I am a partner with the law firm of Morrison & Foerster LLP, counsel of record for Defendants Konica Minolta Systems Laboratory, Inc. and Paul Cattrone in the above-captioned action. I have personal knowledge of the facts set forth herein and, if called as a witness, I could competently testify thereto.

3    2.   On February 13, 2008, I asked Altavion's counsel Glenn Peterson whether he would stipulate to Defendants' filing of a sur-reply on Altavion's motion for remand.

4    3.   On February 14, 2008, Mr. Peterson informed me that Altavion would not stipulate to our request.

I declare under penalty of perjury under the laws of the United States of America that, to the best of my knowledge, the foregoing is true and correct. Executed on February 15, 2008, in Palo Alto, California.

        /s/ Marc J. Pernick
        Marc J. Pernick
        Email: MPernick@mofo.com

PERNICK DECL. ISO MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO MOTION TO REMAND
CASE NO. CV 07-06358 MHP
pa-1234942

1