UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAVION INC., | No. C 07-06358 MHP |
| Plaintiff(s), | **CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |
| v. | |
| KONICA-MINOLTA SYSTEMS, | |
| Defendant(s). | |

    Due to the congestion of court calendar, the parties are notified that the hearing of the motion(s) in this matter currently on calendar for February 25, 2008, is hereby RESCHEDULED to Monday, **March 24, 2008, at 2:00 p.m.**  Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

        Richard W. Wieking
        Clerk, U.S. District Court

Dated: February 21, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140