UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTAVION, INC., a California corporation,<br><br>                 Plaintiff,<br><br>   v.<br><br>KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive,<br><br>                 Defendants. | Case No.   CV 07 6358<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:   March 3, 2008                          /s/Glenn W. Peterson
                                                                           Attorney for Plaintiff

Dated:   March 3, 2008                          /s/ Marc J. Pernick
                                                                           Attorney for Defendants

     I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file this ADR CERTIFICATION BY PARTIES AND COUNSEL.  In compliance with General Order 45, X.B., I hereby attest that Glenn W. Peterson has concurred on this filing.

DATED: March 3, 2008.                 MORRISON & FOERSTER LLP

                                           By:  /s/ Marc J. Pernick
                                                          Marc J. Pernick