UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALTAVION, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KONICA-MINOLTA SYSTEMS LABORATORY, INC., a corporation; PAUL CATTRONE, an individual; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Case No.   CV 07 6358<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐　Non-binding Arbitration (ADR L.R. 4)
☐　Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5).*

**Private Process:**
☒　Private ADR (*please identify process and provider*) The parties have agreed to hire a private mediator.

The parties agree to hold the ADR session by:

　　☒　the presumptive deadline (*The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.*)
　　☐　other requested deadline _____

Dated:　March 3, 2008　　　　　　　　　　　　　　/s/ Glenn W. Peterson
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated:　March 3, 2008　　　　　　　　　　　　　　/s/ Marc J. Pernick
　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants

I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file this STIPLUATION AND [PROPOSED] ORDER SELECTING ADR PROCESS. In compliance with General Order 45, X.B., I hereby attest that Glenn W. Peterson has concurred on this filing.

DATED: March 3, 2008.   MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
    Marc J. Pernick

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☒ Private ADR

Deadline for ADR session
- ☒ 90 days from the date of this order.
- ☐ other _____

IT IS SO ORDERED.

Dated: 3/4/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA