**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: March 24, 2008

Case No.   C 07-6358  MHP          Judge: MARILYN H. PATEL

Title: ALTAVION INC -v- KONICA-MINOLTA SYSTEMS LABORATORY INC et al

Attorneys:  Plf: Glenn Peterson, John Castello, Pamela Bertani
            Dft: Mark Pernick, Laura Mason

Deputy Clerk:  Anthony Bowser   Court Reporter: Belle Ball

**PROCEEDINGS**

1)   Plaintiff's Motion to Remand

2)   Case Management Conference

3)   _____

**ORDERED AFTER HEARING:**

Counsel submit after further discussion; Motion deemed submitted; Court to issue order.